UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATIONAL NUMISMATIC CERTIFICATION, LLC
Florida Limited Liability Company, ASA
ACCUGRADE, INC., a Florida corporation,
PCI COIN GRADING, INC., a foreign corporation,
SOVEREIGN ENTITIESGRADING SERVICE, INC.,
a foreign corporation, TREASURE GALLERY, INC.,
a Florida corporation, and CENTSLES, INC.,
a Florida corporation,

Plaintiffs, CASE NO.: 6-08-CV-42-ORL-19GAM

vs.

EBAY, INC., a foreign corporation,
AMERICAN NUMISMATIC ASSOCIATION, a
foreign non-profit association, and PROFESSIONAL
NUMISMATISTS GUILD, INC., a foreign corporation,

Defendants.
_______________________________________/

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELEF**

COME NOW the Plaintiffs, NATIONAL NUMISMATIC CERTIFICATION, LLC, a Florida Limited Liability Company, ASA ACCUGRADE, INC., a Florida corporation, PCI COIN GRADING, INC., a foreign corporation, SOVEREIGN ENTITIES GRADING SERVICE, INC., a foreign corporation, TREASURE GALLERY, INC., a Florida corporation, and CENTSLES, INC., a Florida corporation, by and through their undersigned attorneys, and hereby file this Complaint For Damages and Injunctive Relief and state:

Dockets.Justia.com

## INTRODUCTION

1. This is an action for damages in excess of $75,000.00, exclusive of costs, interest, and attorney's fees and for temporary and permanent injunctive relief, based on activities constituting civil conspiracy and business defamation brought pursuant to Florida common law and for Defendants' violation of the Florida Unfair and Deceptive Trade Practices Act codified at Florida Statutes, § 501.201, et. seq.

## PARTIES, JURISDICTION, AND VENUE

2. Plaintiff, NATIONAL NUMISMATIC CERTIFICATION, LLC ("NNC") is a Florida Limited Liability Company organized and operating under the laws of the State of Florida with its principal place of business, at all times material hereto, located within the geographical confines of the Middle District of Florida. NNC has, at all times material hereto, been in the business of grading coins.

3. Plaintiff, ASA ACCUGRADE, INC. ("ACG"), is a Florida corporation organized and operating under the laws of the State of Florida with its principal place of business, at all times material hereto, located within the geographical confines of the Middle District of Florida. ACG has, at all times material hereto, been in the business of grading coins.

4. Plaintiff, PCI COIN GRADING, INC. ("PCI"), is a foreign corporation organized and operating under the laws of the State of Georgia with its principal place of business in Rossville, Georgia. PCI has, at all times material hereto, been in the business of grading coins.

5. Plaintiff, SOVEREIGN ENTITIES GRADING SERVICE, INC. ("SEGS"), is a foreign corporation organized and operating under the laws of the State of Tennessee

with its principal place of business in Chattanooga, Tennessee. SEGS has, at all times material hereto, been in the business of grading coins.

6. Plaintiff, TREASURE GALLERY, INC. ("TREASURE GALLERY"), is a Florida corporation organized and operating under the laws of the State of Florida with its principal place of business, at all times material hereto, located within the geographical confines of the Middle District of Florida. TREASURE GALLERY has, at all times material hereto, been in the business of buying and selling coins in forums including, but not limited to: the internet via eBay.

7. Plaintiff, CENTSLES, INC. ("CENTSLES"), is a Florida corporation organized and operating under the laws of the State of Florida with its principal place of business, at all times material hereto, located within the geographical confines of the Middle District of Florida. CENTSLES has, at all times material hereto, been in the business of buying and selling coins in forums including, but not limited to: the internet via eBay.

8. Defendant, AMERICAN NUMISMATIC ASSOCIATION ("ANA") is a federally chartered not-for-profit Internal Revenue Code §501(c)(3) entity that acts as the preeminent trade association in the numismatic hobby and the multi-billion dollar industry associated with the numismatic hobby. The ANA is headquartered in Colorado Springs, Colorado but has members throughout the United States, including in the State of Florida. The ANA does more than isolated business in the State of Florida. During all times material hereto, Barry S. Stuppler ("Stuppler") was a member of the ANA's Board of Governors, Chairman of the ANA's Consumer Protection Committee, and is presently the President of the ANA.

9. The PROFESSIONAL NUMISMATISTS GUILD, INC. ("PNG") is a foreign corporation that does business throughout the United States, including more than isolated business in the State of Florida. PNG consists of an elite group of rare coin dealers, most of which do more than isolated business in the State of Florida. At all times material hereto, Stuppler was a member and/or director of PNG and a founder of the PNG "internet rules committee."

10. Defendant, eBAY, Inc. ("eBay") is a foreign corporation that provides a forum for the purchase and sale of merchandise, including coins, over the internet and which actively promulgates policies regarding the manner and methods whereby coins are purchased and sold through its forum. eBay does business throughout the United States, including more than isolated business in the State of Florida. At all times material hereto, Plaintiffs have graded coins that were bought and sold over eBay or bought and sold coins on eBay as a substantial part of their business activities.

11. This Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1441 and has personal jurisdiction over the Defendants due to the fact that each of the Defendants do more than nominal business in and have sufficient "minimum contacts" with the State of Florida.

12. Venue of this action is proper in this Court in that the defamatory statements at issue were published on the internet in Florida and intended by the Defendant authors to reach individuals and entities located within the Orlando Division of the Middle District of Florida. Moreover, the alleged unfair and deceptive trade practices have injured Plaintiffs in the pursuit of their trade, profession, and occupation in the Middle District of Florida and elsewhere.

## FACTUAL BACKGROUND

13. Beginning in the late 1990's and continuing until the present, eBay has provided the principal forum for the purchase and sale of U.S. and Canadian coins over the internet. Upon information and belief, eBay generates revenues in the billions of dollars annually by providing the foremost vehicle for the purchase and sale of items over the internet, including U.S. and Canadian coins.

14. At all times material hereto, U.S. and Canadian coins that had been graded by NNC, ACG, PCI, and SEGS were purchased and sold over the internet through eBay by coin collectors and dealers, including TREASURE GALLERY and CENTSLES.

15. Commencing in or about 2001, PNG formed a group that became known as the "internet rules committee" made up of coin industry insiders, including Stuppler, in his capacity as then ANA Governor and chairman of the ANA Consumer Protection Committee (the precursor to the "Coins Community Watch group"), Doug Winter, and R. Steven Ivy. Upon information and belief, a primary purpose of the PNG "internet rules committee" from 2001 through 2004 was to interfere with and obstruct the ability of the smaller coins grading services, including ACG, PCI, and SEGS, to participate in the then burgeoning coin marketplace on eBay by, among other things, formally and informally accusing Plaintiffs of selling "counterfeit" coins and otherwise engaging in fraudulent conduct with regard to purchasing and selling certified coins and/or grading coins that were purchased and sold on the internet via eBay.

16. In or about 2004, Defendants, ANA and eBay officially formed the Coins Community Watch (CCW) group and described it as "a collaborative effort among a team of hobby experts, the ANA, and eBay for the purpose of combating

misrepresented or fraudulent listings involving coins and other numismatic items." (See ANA Consumer Awareness publication dated April 2006 attached hereto and incorporated by reference herein as Exhibit "A")

17. On or about August 30, 2004, Defendant eBay conducted an eBay workshop entitled the "Coins Community Watch Program." In the eBay Forum announcing the program, the CCW is described as a "joint effort between a team of numismatic experts, the American Numismatic Association (ANA) and eBay that launched a few months ago." (See August 17, 2004 thread of eBay Forums:eBay Workshop: Coin Community Watch... announcing the program attached hereto and incorporated by reference herein as Exhibit "B") In the workshop, Defendant eBay describes its CCW program as "a cooperative effort between the CCW team of experts, the American Numismatic Association (ANA), and eBay to combat misrepresented listings in the Coins category...(1) the CCW team is comprised of industry/community experts who *selectively* review listings for violations and submit claims; (2) The ANA corroborates claims and tries to resolve with seller; (3) Unresolved issues are escalated to eBay for the appropriate remedy." (See Exhibit "B", pp. 1-2)

18. Upon information and belief, the industry experts that were made part of the CCW included the very same individuals that made up the PNG "internet rules committee."

19. In or about 2006, PNG, in conjunction with the Industry Council for Tangible Assets ("ICTA") and spearheaded by Stuppler, commissioned an unfair and deceptive survey of coin dealers and solicited opinions about ACG, PCI, and SEGS from coin dealers that had never dealt in ACG, PCI, and SEGS graded coins (and

ignored the positive comments of those dealers who had), and publicized the illegitimate results of the "survey" on the PNG and ANA websites and elsewhere.

20. Thereafter and continuing through the present date, even though the Defendants herein have been informed and are fully aware that the PNG/ICTA survey was unfair and deceptive, they nevertheless have utilized it to defame Plaintiffs, ACG, PCI, and SEGS, and to unfairly and deceptively obstruct said Plaintiffs ability to have coins graded by them purchased and sold over the internet via eBay, as set forth below.

21. On or about September 17, 2007, Defendant eBay, in complicity with Defendants, ANA and PNG, promulgated a new policy that created prohibitive standards under which coins sold via eBay may be listed as "certified" coins and a manner and method of designating coins that were not graded by the "approved" grading services as "counterfeit." The policy was recommended by the ANA and based on, among other things, the unfair and deceptive 2006 PNG/ICTA coin grading survey spearheaded by Stuppler. The policy permits only coins that have been graded by four grading services (NGC, PCGS, ICG, and ANACS) to be listed for sale on eBay as "certified" coins. Thus, coins graded by Plaintiffs, NNC, ACG, PCI, and SEGS, cannot be listed or sold on eBay as "certified" coins and are referred to as "counterfeit" by eBay. In fact, since the institution of the aforementioned unfair and deceptive policy, individuals whom have utilized eBay to bid on coins that are not graded by the "approved" grading services are notified by eBay that that the products are counterfeit. (*See* Exhibit "C" attached hereto and incorporated by reference herein.)

22. The ANA announced the new eBay policy (which eBay calls the "Counterfeit Currency and Stamps policy") in a September 18, 2007 press release that

was and remains posted on its website, http://www.money.org. that prefaced the identification of the grading services that "qualify for the certified classification" (which exclude NNC, ACG, PCI, and SEGS) by defining consumer fraud as involving a seller's "desire, ability, and opportunity." The ANA proceeded to state in the press release that the new eBay/ANA/PNG policy was their effort to "try to remove the opportunity" to commit consumer fraud. These statements by the ANA permit the reasonable inference that individuals and entities that offer for sale on eBay coins graded by Plaintiffs, NNC, ACG, PCI, and SEGS, most notably TREASURE GALLERY and CENTSLES, have availed themselves of the "opportunity" to commit consumer fraud and are dealing in counterfeit coins. The press release also permits the inference that Plaintiffs, NNC, ACG, PCI, and SEGS, are not reliable and accurate grading services and serve as mere vehicles for fraud. (A true and correct hard copy of the September 18, 2007 ANA Press Release is attached hereto and incorporated by reference herein as Exhibit "D") In addition, since the institution of the unfair and deceptive policy by eBay, eBay has made it a practice to remove coins offered for sale by TREASURE GALLERY and CENTSLES and to publicly brand them as counterfeit.

23. Because the Defendants' conduct that culminated in the September 18, 2007 press release accused Plaintiffs of engaging in and/or facilitating consumer fraud by implication and because eBay has subsequently publicly accused Plaintiffs of grading and/or dealing in counterfeit items, Plaintiffs have been injured in their respective abilities to carry out their professions, trades, and occupations and have been exposed to distrust, hatred, contempt and ridicule.

24. The September 17, 2007 "certified coin" policy was enacted by eBay with

the complicity of the ANA and PNG in that it arose from a history of prejudice and animosity on the part of the ANA (led by Stuppler) and PNG (led by Stuppler and Ivy) against NNC, ACG, PCI, SEGS, and any of the other smaller, more economical grading services. This prejudice and animosity began with the formation and operation of the "internet rules committee" as discussed in paragraph 16, above, continued with the unfair and deceptive 2006 PNG/ICTA coin grading survey as discussed in paragraphs 18 and 19, above, and culminated with the formation of the CCW and promulgation and enforcement of the "certified coins" policy, as discussed in paragraphs 17, 18, 21, and 22, above, that was clearly and unequivocally based at least partially on the ANA's input and on the unfair and deceptive PNG/ICTA 2006 coin grading survey.

25. As a direct and proximate result of the aforementioned defamatory conduct and of Defendants' unfair and deceptive trade practices, Plaintiffs have suffered and will continue to suffer substantial pecuniary injury and loss as well as significant damage to their reputation in the coin industry.

26. Defendants' conduct was undertaken willfully and malicious intent to harm the Plaintiffs' reputations and to cause them severe economic injury.

27. Plaintiffs have retained the undersigned law firm to represent them in this action and have agreed to pay said firm a reasonable fee for their services

**COUNT ONE-CIVIL CONSPIRACY TO COMMIT DEFAMATION**

28. Plaintiffs adopt and re-allege paragraphs 1-27 above, as though fully set forth herein.

29. This is an action for civil conspiracy to commit defamation against the

Defendants.

30. Defendants have combined, confederated, conspired, and agreed to make false and disparaging statements concerning Plaintiffs, as set forth above, in an effort to injure the Plaintiffs in their occupation, business, and employment and to expose them to distrust, hatred, contempt and ridicule and to cause them to be avoided.

31. Subsequent to entering into the conspiracy, these Defendants made or caused to be made the false and disparaging statements set forth in paragraphs 21 and 22, above, that constituted overt acts in furtherance of the conspiracy.

32. As a direct and proximate result of the Defendants' conspiracy to commit defamation, Plaintiffs have lost considerable income and profits and their goodwill has suffered immensely. In addition, as a result of Defendants' conspiratorial conduct the professional reputations of the Plaintiffs have been severely, pervasively, and permanently harmed.

WHEREFORE Plaintiffs respectfully demand a judgment against Defendants that awards them lost business income and profits, compensation for the injury to their reputation, exemplary damages to deter Defendants from engaging in similar willful and malicious conduct in the future, and the costs of bringing this action.

## COUNT TWO-DEFAMATION AGAINST EBAY AND THE ANA

33. Plaintiffs adopt and re-allege paragraphs 1-27 above, as though fully set forth herein.

34. This is an action for common law defamation against eBay and the ANA.

35. On or about September 18, 2007, the ANA publicly announced in a press

release that was and remains posted on its website, http://www.money.org, the new policy that it created with and for eBay regarding the sale of "certified coins." The ANA prefaced the identification of the grading services that "qualify for the certified classification" (which exclude NNC, ACG, PCI, and SEGS) by defining consumer fraud as involving a seller's "desire, ability, and opportunity." The ANA proceeded to state in the press release that the new Ebay/ANA/PNG policy was their effort to "try to remove the opportunity" to commit consumer fraud. These statements by the ANA permit the reasonable inference that individuals and entities that offer for sale on eBay coins graded by Plaintiffs, NNC, ACG, PCI, and SEGS, most notably TREASURE GALLERY and CENTSLES, have availed themselves of the "opportunity" to commit consumer fraud. The press release also permits the inference that Plaintiffs, NNC, ACG, PCI, and SEGS, are not reliable and accurate grading services and serve as mere vehicles for fraud. In addition, since the institution of the unfair and deceptive policy by eBay, eBay has made it a practice to remove coins offered for sale by TREASURE GALLERY and CENTSLES and to publicly brand them as counterfeit.

36. Because the ANA's conduct culminating in the September 18, 2007 press release accused Plaintiffs of engaging in and/or facilitating consumer fraud by implication and because eBay has subsequently publicly accused Plaintiffs of grading and/or dealing in counterfeit items, Plaintiffs have been gravely injured in their respective abilities to carry out their professions, trades, and occupations and have been exposed to distrust, hatred, contempt and ridicule.

37. As a direct and proximate result of said defamatory conduct, Plaintiffs have lost considerable income and profits and their goodwill has suffered immensely. In

addition, as a result of the ANA's defamatory conduct the professional reputations of the Plaintiffs have been severely, pervasively, and permanently harmed.

WHEREFORE Plaintiffs respectfully demand a judgment against Defendants eBay and the ANA that awards them lost business income and profits, compensation for the injury to their reputation, exemplary damages to deter Defendants from engaging in similar willful and malicious conduct in the future, and the costs of bringing this action.

## COUNT THREE-UNFAIR AND DECEPTIVE TRADE PRACTICES

38. Plaintiffs adopt and re-allege paragraphs 1-27 above, as though fully set forth herein.

39. This is an action against Defendants for unfair and deceptive trade practices brought pursuant to Florida Statutes, § 501.201, et.seq.

40. Defendants have engaged and continue to engage in unfair and deceptive trade practices in the conduct of trade and business as described in paragraphs 15-24, above, in violation of Florida Statutes, § 501.204(1).

41. Plaintiffs have been aggrieved and continue to be aggrieved by Defendants' unfair and deceptive trade practices as set forth in paragraph 25, above, in the form of both monetary and non-monetary injury.

42. Plaintiffs have incurred and will continue to incur attorney's fees and costs in the investigation, initiation, and maintenance of this action.

43. If Defendants are allowed to continue the unfair and deceptive trade practices described in paragraphs 21 and 22, above, Plaintiffs will suffer irreparable harm.

44. Plaintiffs have no adequate remedy at law to prohibit the unfair and

deceptive trade practices that Defendants have undertaken.

45. There is a substantial likelihood that Plaintiffs will prevail on the merits of this action.

46. The entry of a temporary injunction against Defendants would serve the interests of the public and any harm to the Defendants occasioned by the entry of injunctive relief is outweighed by the harm to the Plaintiffs that would result from permitting Defendants to continue the unfair and deceptive trade practices described in paragraphs 21 and 22, above.

WHEREFORE Plaintiffs respectfully demand a judgment against Defendants that temporarily and permanently enjoins Defendants from continuing the unfair and deceptive trade practices described in paragraphs 21 and 22, above, and awards Plaintiffs their lost business income and profits together with the attorney's fees and costs they incur in investigating, initiating, and maintaining this action

**JURY DEMAND**

Plaintiffs hereby demand a trial by jury of all issues so triable.

DATED this 10th day of January, 2008.

Respectfully Submitted,

BEUSSE WOLTER SANKS
MORA & MAIRE, P.A.
390 North Orange Avenue
Suite 2500
Orlando, Florida 32801
Telephone: (407) 926-7700
Facsimile: (407) 926-7720
dbrodersen@iplawfl.com

By: ______________________
DANIEL N. BRODERSEN
Florida Bar No. 0664197

# EXHIBIT “A”

# Group Effort

*A team of numismatic experts offers collectors 10 tips for ensuring positive buying experiences on eBay.*

As THE ANA's Consumer Awareness Coordinator, I have the pleasure of working with a fantastic group of individuals who volunteer their time and expertise to the Coins Community Watch (CCW) group. Launched in 2004, the CCW is a collaborative effort among a team of hobby experts, the ANA and eBay® for the purpose of combating misrepresented or fraudulent listings involving coins and other numismatic items.

I recently asked the CCW's numismatic volunteers to share their insights on what online shoppers can do to insure their buying experiences on eBay are good ones. The following red flags do not necessarily imply a fraudulent or bad listing; however, they should serve as alerts to the prudent buyer. (Readers should keep in mind that some of the opinions expressed here "paint with a broad brush" and that no warning sign is absolute.)

**1. Emphasis in an item's description that "grading is a matter of opinion."** While there is some truth to this statement, sellers who repeat it often are pushing the envelope.

**2. Bust, Seated and Trade dollars from the Far East.** We're not condemning all overseas sellers of these types of coins. It has been the CCW's experience, however, that a higher-than-average percentage of these listings represent replicas or counterfeits.

**3. Coins from "new" certification companies.** Again, we're not saying all new grading companies are illegitimate, but a plethora of "private slabs" have popped up over the past couple years. Most of these coins would not receive the same grade from one of the long-established companies. Keep in mind that generic, plastic "slabs" are easy to buy. In addition, leading certification companies generally have some sort of guarantee associated with the grade assigned and authenticity of each item. They also do not sell coins, which reduces the appearance of any conflict of interest.

**4. Someone claiming very little knowledge of coins (or claiming the coins were found in their grandfather's drawer), but who has a long record of selling large quantities of them.** It is very easy to disclaim responsibility by pleading ignorance. But when someone who claims to be a novice sells hundreds or even thousands of coins over the course of several years, collectors should take heed.

**5. Poor quality or blurry pictures.** Modern scanners and digital cameras do a pretty good job, but a tiny, blurry photo could be hiding something. This is not to say every coin image must be a work of art, but when it's *really* bad, beware.



Counterfeit Trade dollars often are offered for sale online at a fraction of the price their authentic counterparts command.

PHOTO LANE BRUNNER

**6. Key-date coins without professional certification.** Trust your common sense. Key-date coins, such as 1909-S VDB and 1914-D cents and 1916-D dimes, have been faked for years. Even before the Internet, buyers were advised against purchasing such coins without reliable, independent authentication.

**7. Sellers who quote online prices from specific grading companies.** If they refer to values of coins certified by one or two specific companies, keep in mind those values do not apply to coins certified by other grading companies. Since no universal grading standard exists, many companies use their own grading standards. Regardless of the venue, it is important for collectors to get educated before making a purchase. Check the price guides carefully.

**8. Inflated grades, especially on raw coins or those not certified by reputable grading companies.** Be cautious about raw coins that are presented with grades normally associated with certified pieces. Remember, don't expect to get something for nothing.

**9. Extremely rare coins offered by new, non-numismatic sellers.** Photographs are easy to "borrow" off the Internet. While it's not impossible for a new or overseas seller or dealer to offer a Proof 1838 $10 Liberty, let's just say the odds are against it.

**10. Unusual terms.** Watch for three-day listings, requirement of a money order, excessive "handling" charges, "as-is" sales, etc. Few legitimate sellers are in a huge hurry to sell a truly rare coin. A three-day listing is sometimes used to beat the CCW. If ⊛

there is a return policy, don't expect an unlimited amount of time to inspect your purchase. Before placing a bid, be sure to ask the seller questions if you are unsure about the terms of the sale.

In addition to heeding the 10 warning tips mentioned here, I suggest buyers become familiar with the listing policies eBay sellers must abide by, which are listed at *http://pages.ebay.com/help/policies/sellingcoins.html*. Also check out eBay's buying tips at *http://pages.ebay.com/help/buy*. Consider joining one of eBay's online forums, such as "Coins & Paper Money" (*http://forums.ebay.com/db1/forum.jspa?forumID=8)* or "CoinForgeryeBay" (*http://groups.ebay.com/forum.jspa?forumID=100037396)*, where enthusiastic buyers engage in useful discussions and offer helpful suggestions to other hobbyists.

*consumerawareness@money.org*

## Coins Community Watch

eBay's main philosophy is "We believe people are basically good." Indeed, the number of fraudulent listings on eBay is less than 1/100 percent! Still, some sellers either unknowingly or maliciously violate eBay policies when listing their items.

Coins Community Watch (CCW) was launched in 2004 to combat misrepresented or fraudulent listings in the "Coins" category. The CCW follows a distinct procedure when investigating incorrect or possibly fraudulent listings.

- CCW experts or any member of the eBay community can submit reports of potentially fraudulent or misrepresented listings.
- Reports corroborated by two or more CCW experts are submitted to the ANA for further review.
- The ANA verifies the claims and tries to resolve the issues with the sellers.
- Unresolved issues are referred to eBay for an appropriate remedy. This process may result in the removal of listings and ultimately in the suspension of sellers.

Please report potential listing violations at *www.ebay.com/ccw* or through the link at the bottom of the "Selling Coins Policies" page *http://pages.ebay.com/help/policies/selling-coins.html*). Thank you in advance for your help in ensuring that eBay remains a safe trading environment for coins and other numismatic items.

# EXHIBIT “B”

Send to printer

Home > Community > Discussion Boards > Workshops > **Discussion**

## Workshops

Sign in

hosted by LiveWorld

**Announcements**

A Single Sign In for Community Forums & the Rest of eBay

**Discussion** Post a reply | Print

**eBay Workshop: Coins Community Watch Program - Monday, August 30th**

deirdre@ebay.com View Listings | Report Aug-17-04 10:47 PDT

Topic: eBay Workshop: Coins Community Watch Program

Host: eBay Staff
Date: Monday 08/30
Time: 17:00 - 18:00 PDT
Location: Workshop Board

Description: Please join Category Management for Coins and Trust and Safety to discuss the Coins Community Watch (CCW) program, which is a joint effort between a team of numismatic experts, the American Numismatic Association (ANA), and eBay that launched a few months ago. We will start off the workshop by providing background on what CCW is and how it works. After this introduction, we will spend the majority of the hour answering questions that you may have. Then we will end the workshop by reviewing any suggestions we heard to improve the program. Thank you.

Hope to see you there!

Deirdre
eBay Community Development

Previous 1 | 2 | 3 Next See last post

| 101 replies | Date posted | Reply # |
|---|---|---|
| coins@ebay.com View Listings \| Report | Aug-30-04 16:51 PDT | 1 of 101 |

Hello and welcome to the workshop on the Coins Community Watch (CCW) program. We appreciate your time and would like to make ourselves available to answer any questions that you may have. We'll reserve most of the time to doing that, but to start, we'll post a bit of background information.

coins@ebay.com View Listings | Report Aug-30-04 16:52 PDT 2 of 101

The Coins Community Watch program is a cooperative effort between the CCW team of

experts, the American Numismatic Association (ANA), and eBay to combat misrepresented listings in the Coins category. We each have a role to play within a checks-and-balances system. (1) The CCW team is comprised of industry/community experts who selectively review listings for violations and submit claims; (2) The ANA corroborates claims and tries to resolve with seller; (3) Unresolved issues are escalated to eBay for the appropriate remedy.

coins@ebay.com View Listings | Report Aug-30-04 16:54 PDT 3 of 101

We believe that by involving the community's expertise and empowering users while partnering with the ANA, we can have a positive impact on the marketplace that is good for everyone.

coins@ebay.com View Listings | Report Aug-30-04 16:55 PDT 4 of 101

Before we begin, let me post a few commonly asked questions...

coins@ebay.com View Listings | Report Aug-30-04 16:55 PDT 5 of 101

**QUESTION: Why doesn't eBay just do the whole program?**

We believe that the transaction is between a seller and buyer. eBay cares that this transaction be a positive experience, and we strive to make it safe. eBay does not have the expertise to evaluate the authenticity of items across 50,000+ categories, but it can enlist and coordinate the efforts of the community and hobby in ways that would be difficult for the seller and buyer to do individually.

coins@ebay.com View Listings | Report Aug-30-04 16:58 PDT 6 of 101

**QUESTION: What do you do if you're wrong? What's the appeal process?**

We will never be 100% right, but when there is a compelling case, we exercise our right to remove a listing that we believe is harmful to the marketplace and community. For the Coins Community Watch program, a user can send proof of authenticity to the ANA, if s/he believes a listing has been wrongly removed. If the coin is indeed authentic, the stamp then may be relisted. In all cases, the seller can appeal to the Category Manager.

coins@ebay.com View Listings | Report Aug-30-04 16:59 PDT 7 of 101

**QUESTION: If a Coins Community Watch team puts together a compelling case, why doesn't eBay always take action?**

We do take action most of the time, but a natural outcome of our system of checks-and-balances is an occasional difference of opinion. Additionally, to preserve the integrity of the program, we must be sure to avoid any perception that the CCW is an instrument of personal vendetta or improper motive. Finally, sometimes the time it takes to process multiple cases can give the appearance that eBay is doing nothing,

when actually the case is waiting its turn.

coins@ebay.com View Listings | Report Aug-30-04 16:59 PDT 8 of 101

**QUESTION: How does eBay choose the CCW group members?**

eBay looks for volunteers who care about the hobby, are active in the eBay marketplace, and are objective in their evaluation of others. We find these individuals in consultation with our partners (e.g. ANA). The membership is a dynamic group that evolves according to the needs of the members and the category. For privacy considerations, we do not disclose the identities of the members.

coins@ebay.com View Listings | Report Aug-30-04 17:01 PDT 9 of 101

**QUESTION: Isn't it impossible to monitor every listing in the category?**

Yes. There are thousands of listings at any given moment in the category. The CCW team focuses on identifying and substantiating patterns of the egregious listings.

w2up (474 ☆) View Listings | Report Aug-30-04 17:01 PDT 10 of 101

On the PCGS message board, there is always discussion about fraudulent auctions reported to Ebay by multiple individuals, yet nothing is done. The perception is power sellers have more leeway as they generate more revenue for Ebay.

Personally, I spend a lot less time on EBay than I used to because of the rampant fraud.

michigan99 (1618 ★) View Listings | Report Aug-30-04 17:01 PDT 11 of 101

People are often saying "I'm not sure if this is real or not". I think this is a loophole letting people sell fake coins when they are fully aware that the coin is a fake. Most likely when sold they will end up being sold as the real thing.

michigan99 (1618 ★) View Listings | Report Aug-30-04 17:03 PDT 12 of 101

Opps, should read "being resold as the real thing".

gibfrog (229 ☆) View Listings | Report Aug-30-04 17:03 PDT 13 of 101

I recently reported a seller of FAKE ancient coins. I listed his auctions and photo comparisons to known pressed fakes by the "Toronto gang". If your ANA person had any ancient coin knowledge, then this evil seller of fakes would be NARU, no joy yet, why?

michigan99 (1618 ★ ) View Listings | Report Aug-30-04 17:04 PDT 14 of 101

Sorry, hit the "report" button not knowing what it was about.

sul9 (273 ★ ) View Listings | Report Aug-30-04 17:05 PDT 15 of 101

I also have a concern about coins that sellers are getting away with saying "they don't know if it is real or not". These same sellers are able to make all of their feedback private and there is no way to follow up on thier past auctions. There are also those that feel that posting just a picture is adequate and no description at all and then saying that the coin purchased was the coin pictured. How can buyers be protected?

murph1579 (1561 ★ ) me View Listings | Report Aug-30-04 17:05 PDT 16 of 101

I would like to know how many ANA reps are part of or observing this discussion?
ANA # R202389

ziggy29 (196 ★ ) View Listings | Report Aug-30-04 17:06 PDT 17 of 101

There's at least one seller in particular who sells fake Trade dollars and Seated dollars in auction with regularity -- usually several times a week. All he sells are these fakes. Every knowledgeable person who sees these pictures and his "I know nothing about coins, all sales are final" schtick know he's peddling fakes.

I've reported this seller at least three times, and to my knowledge, no action has been taken against this seller nor have any of his auctions been cancelled by eBay. It's very frustrating.

sul9 (273 ★ ) View Listings | Report Aug-30-04 17:07 PDT 18 of 101

What are the steps to join the Category Management program? I'm sure that many would be willing to join and help police eBay to make it safer.

havinfun77707 (869 ★ ) View Listings | Report Aug-30-04 17:07 PDT 19 of 101

Are the people who search for the fake coins actually coin people or are they ebay staff who depend on reports from the community?

gibfrog (229 ★ ) View Listings | Report Aug-30-04 17:07 PDT 20 of 101

Why are sellers allowed to sell inexpensive (>$1000) coins in PRIVATE auctions which BAN good members with perfect or near perfect feedback from bidding even when the banned members have NEVER BID on a item by this seller or ever CONTACTED this

seller? (This is a known Toronto gang tactic and I am usually banned from bidding on their auctions of fakes. I have (159) 100% positive feedback.

tali_llama (57 ★) me View Listings | Report Aug-30-04 17:07 PDT 21 of 101

Is there any way these types of meetings could be set up in a "chatroom" style environment? I'm finding it very distracting in this older message board format..

flip48 (325 ☆) View Listings | Report Aug-30-04 17:08 PDT 22 of 101

Why does it seem that eBay is unwilling to conduct a simple search of auction titles in the US Coin category for the word "counterfeit" to weed out the obvious?

I conducted such a search on Saturday and came up with a dozen such auctions including 2 by the same seller for 15 coin lots of "best" counterfeits brought back from the Orient.

I'm sure a search of titles and descriptions for the word "counterfeit", and it's variants, would turn up more auctions each day.

satootoko (176 ☆) View Listings | Report Aug-30-04 17:08 PDT 23 of 101

I have personally reported blatant fakes represented as genuine, complete with reference to the pages of recognized authoritative works such as the Krause catalogs, the Japanese Numismatic Dealers Association catalog, or the official Japan Mint Bureau site, with no apparent effect as the people I have reported continue to post repetitive auctions of the same fakes. Is it because my feedback is less than 200, and theirs is 1000+?

sul9 (273 ☆) View Listings | Report Aug-30-04 17:10 PDT 24 of 101

For the record, I am a member of the ANA (#R216999) and a member of multiple Coin Forum boards. I would very much like to be a part of the Community Watch program and help make this hobby safer for everyone.

jdsinva (286 ☆) View Listings | Report Aug-30-04 17:11 PDT 25 of 101

What can be done in regard to sellers who intentionally mislead prospective buyers or hype their coins with claims that "this coin is worth $5,000 in MS67" when the coin the are selling is questionably mint state at best? Also another problem I perceive are these "do it yourself" slabbers that grossly overgrade coins. One particular self-slabber even uses Coin World slabs. I believe some kind of disclaimer should be used in regard to any guarantees offered by the slab company in question. Also, I think the hypesters should have to disclaim up front that their coins aren't the high grade (and high value) coins. It's to the point almost anything goes in these listings.

havinfun77707 (869 ✪) View Listings | Report Aug-30-04 17:13 PDT 26 of 101

Are we asking the questions too fast? Should we give time for answers?

flip48 (325 ✪) View Listings | Report Aug-30-04 17:13 PDT 27 of 101

On the subject of fake Trade and Seated dollars I am curious to know why a particular Chinese seller of these coins was suspended for only a short period of time and was allowed to return to selling 25 and 50 coin lots to US buyers. This seller apparently has at least 2 eBay IDs

Some of these Us buyers have immediately resold these coins as genuine, at least in one case, lying by claiming to have purchased them at a "thrift shop".

deirdre@ebay.com View Listings | Report Aug-30-04 17:13 PDT 28 of 101

Hi tali_llama:

Thanks for the feedback on the workshop format. I would love to hear your suggestions re: different formats. Please feel free email me your suggestions.

Thanks,

Deirdre
eBay Community Development

gibfrog (229 ✪) View Listings | Report Aug-30-04 17:14 PDT 29 of 101

Hi Sul9

Check out - http://pages.ebay.com/help/policies/authenticity-disclaimers.html

What you are reporting seems to be an authenticity disclaimer violation.

Gibfrog
PS I have reported this and all ebay does is terminate the auction, EXCPET FOR LIVE AUCTIONS. Ebay commonly allows LIVE auctions to post authenticity disclaimers in the boilerplate of the ad. I guess it is a money thing.

coins@ebay.com View Listings | Report Aug-30-04 17:14 PDT 30 of 101

Hello all and thank you for your posts. Let me try to address them:

* [w2up] Power Sellers are not exempt from eBay policies including the Coins Code of

Conduct.

* [michigan99] eBay's policy does not allow sellers to use ignorance as an excuse to list an item for which the sellers are not sure of the item's authenticity. Please see: http://pages.ebay.com/help/policies/authenticity-disclaimers.html

* [gibfrog] Let me confirm how and when you reported this seller. Did you use the link at the bottom of this page http://pages.ebay.com/help/policies/selling-coins.html

Thanks.

satootoko (176 ☆) View Listings | Report Aug-30-04 17:14 PDT 31 of 101

Is anyone from eBay planning to answer any of our questions, or even watching this "discussion"?

w2up (474 ☆) View Listings | Report Aug-30-04 17:17 PDT 32 of 101

* [w2up] Power Sellers are not exempt from eBay policies including the Coins Code of Conduct.

Well, it certainly appears that way.

mr1794 (128 ☆) me View Listings | Report Aug-30-04 17:18 PDT 33 of 101

I wonder how the watchdogs will deal with auctions that are reported sometime close to when the auction ends. I assume that a watchdog still has to go through "proper channels". Would it be appropriate to give some watchdogs the power to freeze an auction pending resolution of a complaint?

mr1794 (128 ☆) me View Listings | Report Aug-30-04 17:19 PDT 34 of 101

Obviously, a frozen auction could be unfrozen or canceled, subject to the conclusion of the investigation.

michigan99 (1618 ★) View Listings | Report Aug-30-04 17:20 PDT 35 of 101

Freezing an auction might be a good idea but I wonder
if there would be any legal issues involved.

richarde13 (547 ☆) me View Listings | Report Aug-30-04 17:20 PDT 36 of 101

eBay's policy does not allow sellers to use ignorance as an excuse to list an item for which the sellers are not sure of the item's authenticity. Please see: http://pages.ebay.com/help/policies/authenticity-disclaimers.html

Than why when a seller is reported, NOTHING is done?
25 year + A.N.A.member #87425

jody526 (173 ) View Listings | Report Aug-30-04 17:21 PDT 37 of 101

So, the "CCW" is a group of volunteers, who are active in the eBay marketplace, and were found through consultations with your partners (e.g. A.N.A.), and their identities won't be revealed.

If that isn't putting the fox in charge of guarding the chicken house, I don't know what is.

havinfun77707 (869 ) View Listings | Report Aug-30-04 17:21 PDT 38 of 101

It would seem to me a great many auctions for fake coins could be found just with certain key word searches. I find them all the time. For example auction states this coin is not real. Now even though that seller may be honest in saying so, judging buy how high the get bid up the buyer may not be so honest.

sul9 (273 ) View Listings | Report Aug-30-04 17:21 PDT 39 of 101

Has it ever been considered that counterfeit, copies, or replicas should have to state this in the title bar so that there would not be any room for doubt?

**Page 1 of 3** **Go to page**

Previous 1 | 2 | 3 Next Go

**Discussion** Post a reply | Print

Subscribe to this topic via RSS Learn more about RSS

# EXHIBIT "C"

**Clayton Spencer**

**From:** ended@ebay.com
**Sent:** Sunday, November 18, 2007 6:43 PM
**To:** sales@treasuregallery.org
**Subject:** eBay Listing Removed: Counterfeit Currency and Stamps (=PS &12363 JM160521563)

eBay sent this message to Clayton Spencer (treasuregalleryinc).
Your registered name is included to show this message originated from eBay. Learn more

# eBay Listing Removed: Counterfeit Currency and Stamps (=PS &12363 JM160521563)

Dear treasuregalleryinc,

You recently listed the following listing:

200035335829 - 1931 CANADA 5 CENTS AU-50 ACG
8421584593 - 1997 CANADA 50 CENTS SP-68 ACG REGISTRY
200035335789 - 1929 CANADA 5 CENTS AU-53 ACG
200035335779 - 1867 - 1967 CANADA 10 CENTS MS-65 ACG
200035335777 - 1930 CANADA 5 CENTS AU-53 ACG
200076678865 - 1936 CANADA 5 CENTS AU-50 ACG
8421583101 - 1987 CANADA LOON $1 MS-65 ACG
200076678866 - 1932 CANADA 5 CENTS EF-45 ACG
200076678868 - 1931 CANADA 5 CENTS EF-45 ACG
200035335815 - 1935 CANADA 5 CENTS AU-50 ACG

The listing was removed because it violated the eBay Counterfeit Currency and Stamps policy. All fees related to this listing have been credited to your account. We also notified members who placed bids on the item that the listing has been canceled.

eBay does not permit the sale of currency that is improperly described, fraudulent or counterfeit. As such, sellers of coins or paper money are required to disclose information about the authenticity of any items listed, including any information regarding alterations or other information which may have a material impact on the value of the item listed.

Sellers may only list a coin as "certified," if it has been certified by one of the following authorized grading companies:

- Numismatic Guaranty Corporation (NGC)
- Numismatic Conservation Services (NCS)
- Professional Coin Grading Service (PCGS)
- Independent Coin Grading (ICG)
- ANACS

***Note***
If the coin has not been certified by one of the authorized grading companies, the coin may only be listed as raw or certified. Raw or uncertified coins are permitted for sale on eBay, as long as:

- A numeric grade is not included in the title of the listing, such as MS-65, VF-25, etc. A numeric grade may only be included in the description of the listing.
- The grading company or price guide is not referenced in the title or description.
- A dollar value (even if personal opinion) is not included in the title or description.

For more information on the eBay Selling Coins policy, please visit:

http://pages.ebay.com/help/policies/selling-coins.html

Please note: violation of this or other eBay policies may result in forfeit of eBay fees on cancelled listings, limits on account privileges and account suspension.

To review eBay's list of Prohibited, Questionable, and Infringing items, please visit:

http://pages.ebay.com/help/sell/item_allowed.html

For more information on why eBay may remove a listing, please visit:

http://pages.ebay.com/help/tp/listing-ended.html

Thank you for your understanding.

Sincerely,

eBay Trust & Safety

Learn how you can protect yourself from spoof (fake) emails at
http://pages.ebay.com/education/spooftutorial

This administrative email was sent to sales@treasuregallery.org from eBay. Your account is registered on www.ebay.com. As outlined in our User Agreement, eBay will periodically send you information about site changes and enhancements. If you would like to receive this email in text format, change your notification preferences

See our Privacy Policy and User Agreement if you have questions about eBay's communication policies
Privacy Policy: http://pages.ebay.com/help/policies/privacy-policy.html
User Agreement: http://pages.ebay.com/help/policies/user-agreement.html

Copyright © 2006-2007 eBay, Inc. All Rights Reserved
Designated trademarks and brands are the property of their respective owners
eBay and the eBay logo are registered trademarks or trademarks of eBay, Inc.
eBay is located at 2145 Hamilton Avenue, San Jose, CA 95125

# EXHIBIT "D"

AMERICAN
NUMISMATIC
ASSOCIATION

IMMEDIATE RELEASE: September 18, 2007
CONTACT: Jay Beeton
Telephone: 719-482-9864
E-mail: pr@money.org

# eBay Launches New Policy Within its Coins Category

## *ANA Applauds eBay Fraud Prevention Efforts*

Yesterday, eBay launched a new policy in its Coins Category, which will ensure that any coins listed as certified must be certified by one of four grading companies.

"The ANA supports this effort to improve consumer protection for people buying and selling coins on eBay," said ANA President Barry Stuppler. "Although the ANA is not responsible for this policy, we support any effort to reduce the potential for fraud and to help safeguard the coin-collecting hobby."

The ANA has worked with eBay since September 2004, and through the Coins Community Watch group has assisted eBay in identifying misrepresented or fraudulent listings in the on-line auction company's coins category. During this period, the ANA emphasized to eBay the need to establish regulations designed to minimize the opportunity for consumer fraud.

"In order for consumer fraud to occur, three elements must be present: a person's desire, ability and opportunity to commit the fraud," said ANA Consumer Awareness Coordinator Susan McMillan, "We cannot control a person's desire or ability, but we can try to remove the opportunity."

In February 2007, eBay approached ANA for input on how best to address the issue of fraudulent grading and authenticating. The ANA provided eBay with input on possible guidelines and also provided them with the results of the PNG/ICTA 2006 Grading Services Survey.

In August, after much deliberation, the ANA recommended that eBay only go forward with the policy change if eBay would use the results of the PNG, ICTA 2006 Grading Service Survey. View the results of that survey at: http://www.pngdealers.com/public/pressreleases.cfm?article=47

"Ultimately, eBay's determination on which grading services would qualify for the certified classification was solely an internal eBay policy decision," said ANA Acting Executive Director Kenneth Hallenbeck.

According to the new eBay policy, which eBay officials say is intended to improve buyer confidence, any listing of a "certified" coin must be certified by one of the following companies: Numismatic Guaranty Corp./Numismatic Conservation Services (NGC/NCS), Professional Coin Grading Service (PCGS), Independent Coin Grading (ICG), or ANACS.

Sellers will still be permitted to list coins graded by other grading services in other coin categories as long as they follow certain conditions.

Detailed requirements for listing certified coins can be accessed under the "Some Examples" section of eBay's "Selling Coins and Currency" policy page: http://pages.ebay.com/help/policies/selling-coins.html

Enforcement of the new policy may not be immediate as eBay works to make sure everything is running correctly. For additional information regarding the implementation of this policy please go to the eBay policy page referenced above or go to these pages on the eBay site:

eBay's Coins & Paper Money Discussion Board
http://forums.ebay.com/db1/forum.jspa?forumID=8

eBay's Security & Resolution Center
http://pages.ebay.com/securitycenter/index.html?_trksid=m40

The American Numismatic Association is a nonprofit organization dedicated to educating and encouraging people to study and collect money and related items. With nearly 32,000 members, the Association serves the academic community, collectors and the general public with an interest in numismatics. The ANA helps all people discover and explore the world of money through its vast array of programs including its education and outreach, museum, library, publications, conventions and seminars. For more information about the ANA, call 719-632-2646 or visit www.money.org.